**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **JONATHAN ALLEN,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:07-CV-99 (HL)** |
| | : | |
| | : | |
| **JAMES DONALD,** | : | |
| **Respondent** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 16) filed November 6, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the petitioner to the Magistrate Judge's Recommendation (Doc. 17) filed November 28, 2007 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 5th day of December, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**